# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **PATRICK W. GEORGE,**<br><br>　　　**Plaintiff,**<br>**vs.**<br><br>**LELAND DUDEK, Acting Commissioner of Social Security,**<br><br>　　　**Defendant.** | **NO.: CV 24-086-GF-JTJ**<br><br><br>**ORDER AWARDING FEES AND COSTS** |

　　Plaintiff Patrick W. George ("George"), by and through his attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting his Social Security appeal, along with filing costs. Plaintiff originally requested $11,143.92 in fees and $405.00 in filing costs.

　　Defendant Commissioner of Social Security ("Commissioner") has been contacted and has stipulated to a reduced attorney fee amount of $10,143.92 and costs of $405.00.

　　Accordingly, **IT IS ORDERED** that Defendant shall pay $10,143.92 in fees under the Equal Access to Justice Act, 28 U.S.C. §2412, along with $405.00 in filing costs.

　　**IT IS FURTHER ORDERED** that if, after receiving the Court's

**1**

EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, (2) agrees to waive the requirements of the Anti-Assignment Act, and (3) is provided a valid assignment of fees executed by Plaintiff, the fees will be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows:

>Seidlitz Law Office
>P.O. Box 1581
>Great Falls, MT 59403-1581

However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and any remaining EAJA fees after offset will be paid by a check made out to Plaintiff, but delivered to Plaintiff's attorney.

DATED this 8th day of September, 2025.

/s/ John Johnston
John Johnston
United States Magistrate Judge